Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust

**Court claim no.** (if known): 15-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 3 2 4

**Date of payment change:** Must be at least 21 days after date of this notice: 6/19/2020

**New total payment:** Principal, interest, and escrow, if any: $ 1,519.47

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 6.25 %    New interest rate: 5.25 %

   Current principal and interest payment: $ 1,432.36    New principal and interest payment: $ 1,335.46

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Douglas E Hall | | Case number (if known) | 17-80297 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Mark A. Baker                    Date May 14, 2020
Signature

Print: **Mark A. Baker**                Title **Attorney for Creditor**
       First Name  Middle Name  Last Name

Company: McMichael Taylor Gray, LLC

Address: 3550 Engineering Drive, Suite 260
         Number            Street

         Peachtree Corners,       GA      30092
         City                     State   ZIP Code

Contact phone: 404-474-7149          Email: mbaker@mtglaw.com



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

CHRISTY S HALL
318 LOVE BRANCH RD
HARVEST AL 35749

April 27, 2020

RE: Loan Number: ███████

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE. TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

**Changes to Your Mortgage Interest Rate and Payments on May 19, 2020**

**Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. That period ends on May 19, 2020, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every 6 months for the rest of your loan term.**

|   | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 6.25% | 5.25% |
| **Total Monthly Payment** | $1,616.37 | $1,519.47 **(due June 19, 2020)** |

**IMPORTANT:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.

<u>Interest Rate:</u> We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the Last B.Day- WSJ Prime and your margin is 1.25%. The Last B.Day- WSJ Prime index is published Monthly in The Wall Street Journal. The index rate plus margin will be rounded to the nearest 0.125%.

<u>Rate Limits:</u> Your rate cannot go higher than 15.00%, or lower than 3.50% over the life of the loan. Your rate can increase every months by no more than 1.00%. Your rate can decrease every 6 months by no more than 1.00%.

<u>New Interest Rate and Monthly Payment:</u> The table above shows your new interest rate and new monthly payment. These amounts are based on the Last B.Day- WSJ Prime index, your margin, your loan balance of 177,201.20, and your remaining loan term of 199 months.

<u>Prepayment Penalty:</u> None

Please continue to mail your payments as previously directed. The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name: Jessica Hunter
Title: Asset Manager
Toll Free Number: (800) 603-0836, ext: 2649

**\*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 06/19/2020.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **NOTICE OF MORTGAGE PAYMENT CHANGE** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail or by electronic service a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
**Douglas E Hall**
318 Love Branch Road
Harvest, AL 35749

**Stephanie C Hall**
318 Love Branch Road
Harvest, AL 35749

**Via CM/ECF electronic service:**
**Stephen Gale Campbell**
Stephen G. Campbell, P.C.
105 South Marion Street
P.O. Box 708
Athens, AL 35612

**Michele T. Hatcher**
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602

**This 14th day of May, 2020**

                                                            s/ Mark A. Baker
Mark A. Baker
ASB 2459-E57M
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404-474-7149
mbaker@mtglaw.com